## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David  Samuel  Lutes                          CHAPTER 7
       Marisa  Lois Lutes

                                          BKY. NO. 20-20099 JAD

               Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                     **/s/James C. Warmbrodt, Esquire**
                                     James C. Warmbrodt, Esquire
                                     Attorney I.D. No. 42524
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     412-430-3594
                                     jwarmbrodt@kmllawgroup.com